## FLYNN *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[H. C. No. 79, September Term, 1957.]

*Decided March 21, 1958.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

The applicant for leave to appeal in this case does no more than challenge the sufficiency of the evidence on which he was convicted. We have said innumerable times that such a challenge will not support the issuance of the writ of *habeas corpus.*

*Application denied, with costs.*